FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATEN TARLEY CALBERT,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>        Respondent. | NO. CV 08-00329 JVS (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1  Accordingly, IT IS ORDERED THAT:

2

3  1. The Petition is DENIED and Judgment shall be entered dismissing
4  this action without prejudice.

5

6  2. The Clerk shall serve copies of this Order and the Judgment
7  herein by United States mail on Petitioner and on counsel for
8  Respondent.

9

10 DATED:   3.4.08

11                                     _____
                                       JAMES V. SELNA
12                                     UNITED STATES DISTRICT JUDGE